JUDITH HOROWITZ, Appellant, v. HAROLD HOROWITZ, Respondent.—

Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.